IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABBANELLI ACCORDIONS & IMPORTS,

     Plaintiff,                                No. CIV S-08-483 FCD KJM PS

    vs.

ISAC BRILINGTON, et al.,

     Defendants.               <u>ORDER</u>

/

        By order filed March 12, 2010, this matter was referred to the undersigned under Local Rule 72-302(c)(21). Under the scheduling order previously issued, the discovery cut-off and law and motion cut-off have now passed. (Docket no. 16.) Accordingly, IT IS HEREBY ORDERED that:

        1. The pretrial conference is set for August 6, 2010 at 2:00 p.m. before the Honorable Frank C. Damrell. Pretrial statements shall be filed in accordance with Local Rule 16-281.

        2. Trial of this matter is set for October 5, 2010 at 9:00 a.m. before the Honorable Frank C. Damrell. The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED: April 2, 2010.

006/gabbanelli.oas

_____
U.S. MAGISTRATE JUDGE

1