UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GABBANELLI ACCORDIONS & IMPORTS, LLC., | NO. CIV. S-08-0483 FCD KJM PS |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS |
| ISAC BRILINGTTON, individually and dba WEST COAST MUSIC, | |
| Defendant. | |

----oo0oo----

    1.   The Final Pretrial Conference set for August 6, 2010, is continued to October 8, 2010, at 2:30 p.m., and the trial set for October 5, 2010 is VACATED. The Court will reset the trial date at the Final Pretrial Conference. The parties shall file their Joint Pretrial Conference Statement on or before October 1, 2010.

    2.   Defendant is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to communicate with plaintiff's counsel and for failure to provide input on a joint statement in compliance with Local Rule 281(a)(2).

       3.   Defendant shall file his response to the order to show cause on or before September 24, 2010.

       4.   A hearing on the order to show cause, if necessary, will follow the Final Pretrial Conference on October 8, 2010.

       IT IS SO ORDERED.

DATED: August 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2