UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GABBANELLI ACCORDIONS &, IMPORTS, LLC., | NO. CIV. S-08-0483 FCD KJM PS |
| Plaintiff, | |
| v. | <u>ORDER FOR SANCTIONS AND</u><br><u>FURTHER ORDER TO SHOW CAUSE</u> |
| ISAC BRILINGTTON, individually and dba WEST COAST MUSIC, | |
| Defendant. | |

----oo0oo----

    1.   On August 2, 2010, defendant Isac Brilingtton, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to provide input on a joint statement in compliance with Local Rule 281(a)(2). The court ordered defendant to file his response to the Order to Show Cause on or before September 24, 2010. As of today's date, a response to the Order to Show Cause, nor a joint pretrial statement, have been filed with the court.

    Therefore, the court makes the following orders:

    1.   Defendant, Isac Brilingtton, is ordered to pay

1 sanctions in the amount of **$150.00** for his failure to file a
2 response to the Order to Show Cause filed on August 2, 2010.
3 Payment should be in the form of a check made payable to the
4 Clerk of the Court.  The sum is to be paid **not later than**
5 **fourteen (14) days** from the filing of this Order for Sanctions.
6     2.   Defendant is further ordered to show cause why he
7 should not be sanctioned an additional **$300.00** for his
8 failure to respond to legal deadlines and the court's orders on
9 or before October 22, 2010.
10     3.   Plaintiff is directed to file an affidavit setting
11 forth the status of this case, including whether it intends to
12 file a motion for default judgment pursuant to Federal Rules of
13 Civil Procedure 55(b), within 14 days of this court's order.  Any
14 such motion should be noticed before Magistrate Judge Kimberly J.
15 Mueller pursuant to Local Rule 302(c)(19).
16     4.   The Final Pretrial Conference currently set for October
17 8, 2010 is hereby VACATED.
18     5.   A hearing on the order to show cause, if necessary, is
19 set for November 5, 2010, at 10:00 a.m. in Courtroom #2.
20     **IT IS SO ORDERED.**
21 DATED: October 4, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE