MARC KOENIGSBERG (CA SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
E-mail:  koenigsbergm@gtlaw.com

ANTHONY F. MATHENY (TX SBN 24002543) - Pro Hac Vice
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone:  (713) 374-3583
Facsimile:  (713) 754-7583
E-mail:  mathenya@gtlaw.com

Attorneys for Plaintiff,
GABBANELLI ACCORDIONS & IMPORTS, L.L.C.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABBANELLI ACCORDIONS & IMPORTS, L.L.C.,<br><br>     Plaintiff,<br><br>v.<br><br>ISAC BRILINGTTON, individually and dba WEST COAST MUSIC<br><br>     Defendant. | CASE NO.  2:08-CV-00483-KJM-CMK<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>**AND ORDER THEREON** |

## STIPULATION

Having resolved the dispute between them, IT IS HEREBY STIPULATED, by and among Plaintiff, GABBANELLI ACCORDIONS & IMPORTS, L.L.C. ("Plaintiff") and Defendant, ISAC BRILINGTTON, individually, and dba WEST COAST MUSIC ("Defendant"), that the action pending between them be and hereby is resolved by entry of the Agreed Final Judgment and Permanent Injunction attached to this Stipulation as Exhibit A.

Accordingly, Plaintiff and Defendant stipulate to the entry of final judgment by the Clerk and the issuance by the Court of a permanent injunction against Defendant as described in Exhibit A.

Plaintiff and Defendant shall bear their own attorney's fees and costs in connection with this action, and the negotiation and preparation of this Stipulation.

DATED: April 27, 2011    GREENBERG TRAURIG, LLP

By: /s/ Marc B. Koenigsberg
MARC KOENIGSBERG
Attorney for Plaintiff
GABBANELLI ACCORDIONS & IMPORTS, LLC

DATED: April 27, 2011    ISAC BRILINGTTON, individually, and dba WEST COAST MUSIC

By: /s/ Isac Brilingtton
ISAC BRILINGTTON
*Pro se*

## ORDER

Good cause appearing, the Court approves the foregoing stipulation. Final judgment shall be entered by the Clerk, and a permanent injunction shall issue per the parties' stipulation.

**IT IS SO ORDERED.**

Dated: May 9, 2011.

UNITED STATES DISTRICT JUDGE